# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

03 OCT 14 PM 5:40

In re:                                    ) Chapter 11
                                          )
VIRGIL F. LIPTAK d/b/a DESIGNED           ) Case No. 03 B 29854
FINANCIAL SERVICES,                       )
                                          )
                                          ) Judge Jacqueline A. Cox
Debtor and Debtor in Possession.          ) October 16, 2003, 9:30 A.M.

## NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that on October 16, 2003, at 9:30 A.M., I shall appear before the Honorable Jacqueline A. Cox, or any other Judge sitting in her stead, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtor's Motion to Extend Time for Filing Objections to Claims. At which time and place you may appear and be heard.

_____
One of its attorneys

Forrest L. Ingram #3129032
Julie A. Boynton
Martin B. Tucker
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 1210
Chicago, IL 60603
(312) 759-2838

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 14 2003
KENNETH S. GARDNER, CLERK
PS REP. - RD

## CERTIFICATE OF SERVICE

I, Crystal Brown, a non-attorney, certify under penalty of perjury, that I served a true and correct copy of the above and foregoing notice and the document to which it refers on the parties entitled to notice by facsimile transmission to the fax numbers on the attached Service List, from 79 W. Monroe, Chicago, Illinois before 5:00 P.M. on October 14, 2003.

_____
Crystal Brown

## SERVICE LIST

Kathryn Gleason
Office of U.S. Trustee
227 W. Monroe, Suite 3300
Chicago, IL 60602
Fax: (312) 886-5794

Michael L. Atchley
Daniel Sheehan & Associates, LLP
3060 Chase Tower
2200 Ross Avenue
Dallas, TX 75201
Fax: (214) 468-8803

Thomas Michel
Bourland, Kirkman, Seidler
Evans, Jay & Michel, LLP
Fax: (817) 877-1863

Virgil F. Liptak
5208 Caladium Dr.
Dallas, TX 75229
Fax: (214) 691-3326

# FORREST L. INGRAM, P.C.

79 W. MONROE ST., SUITE 1210
CHICAGO, IL 60603
(312) 759-2838
(312) 759-0298 fax

03 OCT Forrest L. Ingram
Julie A. Boynton
Martin B. Tucker

## FAX COVER SHEET

**From:** Forrest L. Ingram      **Date:** October 14, 2003

**To:**

| | |
|---|---|
| Kathryn Gleason, Trustee<br>OFFICE OF THE UNITED STATES TRUSTEE<br>227 W. Monroe, Suite 3300<br>Chicago, IL 60602 | Fax: (312) 886-5794 |
| Elizabeth Thornhill<br>c/o Michael Atchley<br>DANIEL SHEEHAN & ASSOCIATES<br>3060 Chase Tower<br>2200 Ross Avenue<br>Dallas, TX 75201 | Fax: (214) 468-8803 |
| Bourland, Kirkman, Seidler, Evans, Jay & Michel, LLP<br>Attn: Thomas Michel | Fax (817) 877-1863 |
| Virgil F. Liptak<br>5208 Caladium Dr.<br>Dallas, TX 75229 | Fax: (214) 691-3326 |

**Pages:** ___5___

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

•**Comments:** [Click here and type any comments]

NOTICE

This facsimile contains **PRIVILEGED AND CONFIDENTIAL INFORMATION** intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via regular U.S. Mail. Thank you.

```
********** -COMM. JOURNAL- **********  DATE **********  TIME 16:40 **********

              MODE = MEMORY TRANSMISSION       START=OCT-14 16:40     END=OCT-14 16:48

              FILE NO.=099

    STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.              PAGES      DURATION
    NO.           ABBR NO.

    001   OK      a            6865794                           005/005    00:00:39
    002   OK      a            12144688803                       005/005    00:01:00
    003   OK      a            18178771863                       005/005    00:00:42
    004   OK      a            12146913326                       005/005    00:03:18


                                                        -FORREST L. INGRAM PC    -

    **************************** -312 759 0298   - *****  -        - *********
```

# FORREST L. INGRAM, P.C.

79 W. MONROE ST., SUITE 1210
CHICAGO, IL 60603
(312) 759-2838
(312) 759-0298 fax

*Forrest L. Ingram*
*Julie A. Boynton*
*Martin B. Tucker*

## *FAX COVER SHEET*

**From:** Forrest L. Ingram    **Date:** October 14, 2003

**To:**

Kathryn Gleason, Trustee
OFFICE OF THE UNITED STATES TRUSTEE
227 W. Monroe, Suite 3300
Chicago, IL 60602

Fax: (312) 886-5794

Elizabeth Thornhill
c/o Michael Atchley
DANIEL SHEEHAN & ASSOCIATES
3060 Chase Tower
2200 Ross Avenue
Dallas, TX 75201

Fax: (214) 468-8803

Bourland, Kirkman, Seidler, Evans, Jay & Michel, LLP
Attn: Thomas Michel

Fax (817) 877-1863

Virgil F. Liptak
5208 Caladium Dr.
Dallas, TX 75229

Fax: (214) 691-3326

**Pages:** 5

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Comments:** [Click here and type any comments]

NOTICE

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via regular U.S. Mail. Thank you.

C:\Users\Forrest\LAW\Bankruptcy\Chapter 11\Liptak\Letters\BROADCAST FAX COVER.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                    ) Chapter 11
                                                          )
VIRGIL F. LIPTAK d/b/a DESIGNED                           ) Case No. 03 B 29854
FINANCIAL SERVICES,                                       )
                                                          )
                                                          )
Debtor and Debtor in Possession.                          ) Judge Jacqueline A. Cox
                                                          ) October 16, 2003, 9:30 A.M.

## DEBTOR'S MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO CLAIMS

Debtor and Debtor in Possession VIRGIL F. LIPTAK, by and through his attorneys at FORREST L. INGRAM, P.C., respectfully request that the Court extend the time for filing objections to claims. In support of the motion, Debtor states as follows:

1. Debtor filed his voluntary petition for relief under chapter 11 *pro se* on July 16, 2003. Debtor remains in possession of his assets and continues to pursue his business interest pursuant to 11 U.S.C. § 1107 and § 1108.

2. On August 28, 2003, this Court entered an order requiring that all non-governmental claims be filed by September 16, 2003, and that all objections to claims be filed by October 16, 2003. A copy of the order is attached as **Exhibit A**.

3. On September 29, 2003, this Court entered an order allowing Debtor to engage the professional services of the attorneys of Forrest L. Ingram, P.C. as his attorneys in this case.

4. On that same date, the Court entered orders providing a briefing schedule for a creditor's motion to dismiss the case, the creditor's motion to dismiss an adversary proceeding, and the Debtor's motion for partial summary judgment on the adversary.

5. The Court also extended the time for Debtor to file his disclosure statement and plan to December 1, 2003.

6. It is crucial that Debtor and his attorneys first address the pending motions, responses, and replies, and formulate a disclosure statement and plan, before addressing objections and counterclaims to the proofs of claim that have been filed in this case.

7. Debtor respectfully requests that the Court afford Debtor an opportunity to include in his Plan a schedule for objecting to claims—a common practice in this District.

WHEREFORE, Debtor respectfully requests that this Court extend the time for Debtor to file objections to claim in this case to a date at least thirty days after Debtor files his disclosure statement and plan. Debtor prays for such other and further relief as may be just.

Respectfully submitted,

VIRGIL F. LIPTAK d/b/a
DESIGNED FINANCIAL SERVICES

By: _____
One of its attorneys

Forrest L. Ingram #3129032
Julie A. Boynton
Martin B. Tucker
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 1210
Chicago, IL 60603-4907
(312) 759-2858

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

U.S.B.C. DROP BOX

03 OCT 14  PM 5: 40

In Re:  Virgil F. Liptak                    )
                                             )   Case No. 03 B 29854
            Debtor.                          )

### ORDER AND NOTICE SETTING TIME TO FILE CLAIMS

*Debtor's counsel is directed, by* __Sept. 4, 2003__ *to serve on all creditors a copy of this Order and to file proof of service with the Clerk.*

This bankruptcy case was filed on July 16, 2003.

**FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE BANKRUPTCY ESTATE**

(a)   Claims of any governmental unit that arose prior to the case filing date are to be filed not later than 180 days after the order for relief, and

(b)   All other claims that arose prior to the case filing date are to be filed by __Sept. 16, 2003__.

All claims must be filed at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Room 710
Chicago, IL 60604

**If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution.** However, under the law some parties need not file claims. *See* 11 U.S.C. § 1111(a). Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim.

### FOR PARTIES WHO WISH TO OBJECT TO CLAIMS

All objections to claims must be filed and notice thereof served (a) on governmental creditors within 210 days after the date the petition was filed; and (b) on non-governmental claimants by __Oct. 16, 2003__ **If objections to claims are filed, claimants may appear for hearing on objections but are not required to do so unless the court so orders.**

ENTER:

J. Cox  *Jacqueline P. Cox*
_____
Jacqueline P. Cox
United States Bankruptcy Judge

Dated: August 28, 2003

28 AUG 2003

Ex. A