UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **Jacqueline P. Cox**

Bankruptcy Case No.: 03 B 29854

Adversary No.:

Date: Nov. 18, 2003

Title of Case: Virgil F. Liptak

Brief Statement of Motion:

Names and Addresses of moving counsel:

Representing:

## ORDER

Motion of Forrest L. Ingram to withdraw as counsel for debtor is hereby denied for the reasons stated on the record in open court.

ENTERED: Jacqueline P. Cox

U.S. Bankruptcy Judge