IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIRGIL F. LIPTAK d/b/a DESIGNED FINANCIAL SERVICES, | ) ) ) | Case No. 03 B 29854 |
| | ) | |
| Debtor and Debtor in Possession. | ) ) | Judge Jacqueline A. Cox December 3, 2003, 9:30 A.M. |

## NOTICE OF MOTION

To:   See attached service list

    PLEASE TAKE NOTICE that on December 3, 2003, at 9:30 A.M., I shall appear before the Honorable Jacqueline A. Cox, or any other Judge sitting in her stead, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtor's Motion to Extend Time for Filing Disclosure Statement and Plan and Objections to Claims. At which time and place you may appear and be heard.

_____
One of its attorneys

Forrest L. Ingram #3129032
Julie A. Boynton
Martin B. Tucker
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 1210
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Crystal Brown, a non-attorney, certify under penalty of perjury, that I served a true and correct copy of the above and foregoing notice and the document to which it refers on the parties entitled to notice by facsimile transmission to the fax numbers on the attached Service List, from 79 W. Monroe, Chicago, Illinois before 5:00 P.M. on December 1, 2003.

_____
Crystal Brown

**SERVICE LIST**

Kathryn Gleason
Office of U.S. Trustee
227 W. Monroe, Suite 3300
Chicago, IL 60602
Fax: (312) 886-5794

Michael L. Atchley
Daniel Sheehan & Associates, LLP
3060 Chase Tower
2200 Ross Avenue
Dallas, TX 75201
Fax: (214) 468-8803

Thomas Michel
Bourland, Kirkman, Seidler
Evans, Jay & Michel, LLP
Fax: (817) 877-1863

Virgil F. Liptak
5208 Caladium Dr.
Dallas, TX 75229
Fax: (214) 691-3326

```
************ -COMM. JOURNAL- ************* -DATE DEC-01-2003 ***** TIME 10:59 **********

MODE = MEMORY TRANSMISSION        START=DEC-01 10:51    END=DEC-01 10:59

       FILE NO.=671

STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.        PAGES      DURATION
NO.           ABBR NO.

001   OK         ⋆         8865794                     005/005    00:00:46
002   UK         ⋆         12144698803                 006/006    00:01:21
003   OK         ⋆         18178771863                 006/006    00:00:49
004   OK         ⋆         12146913326                 005/005    00:03:29


                                                       -FORREST L INGRAM PC

**************************** - 312 759 0298  *****  -            - **********
```

79 W. MONROE ST., SUITE 1210
CHICAGO, IL 60603
(312) 759-2838
(312) 759-0298 fax

*Forrest L. Ingram*
*Julie A. Boynton*
*Martin B. Tucker*



Forrest L. Ingram, P.C.

# Fax

| | | | |
|---|---|---|---|
| **To:** | Kathryn Gleason | **From:** | Forrest L. Ingram |
| **Fax:** | 312-886-5794 | **Pages:** | 5 |
| **Phone:** | | **Date:** | December 1, 2003 |
| **Re:** | Virgil Liptak | **CC:** | Michael Atchley   (214) 468 - 8803 |
| | | | Thomas Michel    (817) 877 - 1863 |
| | | | Virgil Liptak    (214) 691 - 3326 |

☐ **Urgent**   x **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:**

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via regular U.S. Mail. Thank you.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIRGIL F. LIPTAK d/b/a DESIGNED | ) | Case No. 03 B 29854 |
| FINANCIAL SERVICES, | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jacqueline A. Cox |
| | ) | December 3, 2003, 9:30 A.M. |

FILED DEC -1 2003 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS KENNETH S. GARDNER, CLERK PG REP, CC

### DEBTOR'S MOTION TO EXTEND TIME FOR FILING DISCLOSURE STATEMENT AND PLAN AND OBJECTIONS TO CLAIMS

Debtor and Debtor in Possession VIRGIL F. LIPTAK, by and through his attorneys at FORREST L. INGRAM, P.C., respectfully request that the Court extend the time for filing his disclosure statement and plan and objections to claims. In support of the motion, Debtor states as follows:

1. Debtor filed his voluntary petition for relief under chapter 11 *pro se* on July 16, 2003. Debtor, no represented by counsel, remains in possession of his assets and continues to pursue his business interest pursuant to 11 U.S.C. § 1107 and § 1108.

2. On September 23, 2003, the Court extended the time for Debtor to file his disclosure statement and plan to December 1, 2003, and set a status hearing on the disclosure statement and plan on November 19, 2003 at 2:00 P.M. Shortly thereafter, the Court extended the time to file objections to claims to Sunday, November 30, 2003 (effectively, December 1, 2003).

3. On September 23, 2003, this Court held an evidentiary hearing on the motion of Elizabeth Thornhill to dismiss Debtor's chapter 11 case. At the conclusion of the hearing, the Court took the matter under advisement.

4. To date, the Court has not ruled on the motion to dismiss.

5. As a matter of judicial economy and orderly administration of the estate, it is in the best interest of Debtor and his creditors to extend the time for filing a disclosure statement and plan, as well as objections to claims, until after the Court rules on the pending motion to dismiss the case.

6. Assuming that this Court determines not to dismiss Debtor's chapter 11 case, Debtor will need at least 30 days to prepare, review, and document his disclosure statement and plan.

7. Debtor intends to provide in his plan a reasonable time frame for objecting to claims, a practice common in this District and not forbidden by the Code.

**WHEREFORE**, Debtor respectfully requests that this Court extend the time for Debtor to file a disclosure statement and plan to a date forty-five (45) days after the Court's ruling on the pending motion to dismiss. Debtor further asks this Court to allow Debtor to include in his Plan a provision that Debtor may file objections to claims within a reasonable period after confirmation of Debtor's plan. Debtor prays for such other and further relief as may be just.

Respectfully submitted,

VIRGIL F. LIPTAK d/b/a
DESIGNED FINANCIAL SERVICES

By: _____
One of its attorneys

Forrest L. Ingram #3129032
Julie A. Boynton
Martin B. Tucker
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 1210
Chicago, IL 60603-4907
(312) 759-2858