## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VIRGIL F. LIPTAK d/b/a DESIGNED FINANCIAL SERVICES, | ) ) ) | Case No. 03 B 29854 |
| | ) | |
| Debtor and Debtor in Possession. | ) ) | Judge Jacqueline A. Cox |
| | ) | January 22, 2004, at 2:00 P.M.. |

### NOTICE OF FILING

To:   See attached service list

PLEASE TAKE NOTICE that on January 20, 2004, I will cause to be filed with the Clerk of the Bankruptcy Court, 7th Floor, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, **Addendum to First (and Final) Application for Compensation for Professional Services and Reimbursement of Expenses of FORREST L. INGRAM, P.C.**, a copy of which is enclosed and is herewith served upon you.

/s/ Forrest L. Ingram
Forrest L. Ingram

Forrest L. Ingram #3129032
Julie A. Boynton
Michael A. Biel
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 1210
Chicago, IL 60603
(312) 759-2838

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 2 0 2004
KENNETH S. GARDNER, CLERK
PS REP. - JJ

### CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I served a true and correct copy of the above and foregoing notice and the document to which it refers on the Debtor by email transmission and on both the Debtor and the U.S. Trustee by facsimile transmission to the fax numbers on the attached Service List, from 79 W. Monroe, Chicago, Illinois before noon. on January 17, 2004.

/s/ Forrest L. Ingram
Forrest L. Ingram

## SERVICE LIST

Cameron Gulden
Office of U.S. Trustee
227 W. Monroe, Suite 3300
Chicago, IL 60602
Fax: (312) 886-5794

Virgil F. Liptak
5208 Caladium Dr.
Dallas, TX 75229
Fax: (214) 691-3326
Email: v_liptak@rushpost.com

```
************ -COMM. JOURNAL- ****************** DATE JAN-17-2004 ***** TIME 09:10 **********

           MODE = MEMORY TRANSMISSION        START=JAN-17 09:03      END=JAN-17 09:10

           FILE NO.=210

    STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.              PAGES      DURATION
    NO.           ABBR NO.

    001   OK      ≜            8865794                           010/010    00:01:14
    002   634     ≜            12146913326                       000/010    00:00:00


                                                        -FORREST L  INGRAM PC

*********************************** -312 759 0298   - *****                    - *********
```

# FORREST L. INGRAM, P.C.

79 W. MONROE ST., SUITE 1210
CHICAGO, IL 60603
(312) 759-2838
(312) 759-0298 fax

*Forrest L. Ingram*
*Julie A. Boynton*
*Michael A. Biel*

## *FAX COVER SHEET*

**From:** Forrest L. Ingram   **Date:** January 17, 2004

**To:** Cameron Gulden
Office of U.S. Trustee
227 W. Monroe, Suite 3300
Chicago, IL 60602
Fax: (312) 886-5794

Virgil F. Liptak
5208 Caladium Dr.
Dallas, TX 75229
Fax: (214) 691-3326

**Pages:** _____10_____

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**•Comments:**

For presentation on January 22, 2004 at 2:00 P.M.

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via regular U.S. Mail. Thank you.

C:\Users\Forrest\LAW\Bankruptcy\Chapter 11\Liptak\Letters\BROADCAST FAX COVER.doc

```
         MODE = MEMORY TRANSMISSION            START=JAN-17 11:39      END=JAN-17 11:44

         FILE NO.=211

STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                       PAGES        DURATION
NO.            ABBR NO.

001    634     *            12146913326                                000/010      00:00:00
```

-FORREST L. INGRAM PC

**************************** -312 759 0298    - ****  -                           - *********

# FORREST L. INGRAM, P.C.

79 W. MONROE ST., SUITE 1210
CHICAGO, IL 60603
(312) 759-2838
(312) 759-0298 fax

*Forrest L. Ingram*
*Julie A. Boynton*
*Michael A. Biel*

## FAX COVER SHEET

From:   Forrest L. Ingram           Date: January 17, 2004

To:     Cameron Gulden
        Office of U.S. Trustee
        227 W. Monroe, Suite 3300
        Chicago, IL 60602
        Fax: (312) 886-5794

        Virgil F. Liptak
        5208 Caladium Dr.
        Dallas, TX 75229
        Fax: (214) 691-3326

Pages:   10

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

·Comments:

For presentation on January 22, 2004 at 2:00 P.M.

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via regular U.S. Mail. Thank you.

C:\Users\Forrest\LAW\Bankruptcy\Chapter 11\Liptak\Letters\BROADCAST FAX COVER.doc