## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VIRGIL F. LIPTAK d/b/a DESIGNED ) | Case No. 03 B 29854 |
| FINANCIAL SERVICES, ) | |
| ) | |
| Debtor and Debtor in Possession. ) | Judge Jacqueline A. Cox |
| ) | January 22, 2004, 2:00 P.M. |

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM, P.C.

THIS MATTER came to be heard on the First and Final Application of Debtor's attorneys at FORREST L. INGRAM, P.C. for Compensation for Professional Services and Reimbursement of Expenses. Copies of the fee petition were served on the Debtor, the United States Trustee, and all parties entitled to notice. Copies of the Addendum to the application were served, after the case was dismissed, only on the Debtor and the U.S. Trustee. With all concerned parties present in open court, the Court set January 22, 2004, 2:00 P.M. as the date for a hearing on the Application. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court having heard the oral objection of the Debtor and having heard from the U.S. Trustee that the Trustee has no objection to any of the fees sought, and being fully advised in the premises:

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. Forrest L. Ingram, P.C. is awarded $38,951.60 of the professional compensation requested for the time period beginning September 19, 2003 through November 22, 2003.

2. Forrest L. Ingram, P.C. is awarded $5,525.50 of the professional compensation requested for the time period beginning November 29, 2003 through January 22, 2004.

3. Forrest L. Ingram, P.C. is awarded reimbursement of expenses incurred during the period of September 19, 2003 through November 25, 2003 in the total amount of $59.10.

4. Forrest L. Ingram, P.C. may apply the $30,000.00 retainer to the fees awarded.

5. The Debtor is authorized and directed to pay forthwith to Forrest L. Ingram, P.C. the total net aggregate sum of **$14,536.20** for compensation for services and reimbursement of expenses.

5. The hearing on Applicant's First and Final Application for Compensation for Professional Services and Reimbursement of Expenses is concluded.

Dated: January 22, 2004

BY THE COURT

_Jacqueline P. Cox_
The Honorable Jacqueline Cox
Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.