**FILED**
**FEB 19 2004**
Judge Jacqueline P. Cox
United States Bankruptcy Court

## In the United States Bankruptcy Appeals Court
### For the Northern District Of Illinois
### Eastern Division at Chicago

|  |  |
|---|---|
| ........................................................... § | Appeal No. _____ |
| IN RE: VIRGIL F. LIPTAK, § | Appealed from No. 03 B 29854 |
| D/B/A DESIGNED FINANCIAL SERVICES, § | Chapter 11 |
| DEBTOR. § | Judge Jacqueline Cox |
| ........................................................... § |  |

### NOTICE OF FILING OF MOTION FOR EMERGENCY RELIEF, AND REQUEST FOR AGREEMENT THEREON

To: See Attached Service List and to any other person of interest:

**PLEASE TAKE NOTICE that,** I Virgil Liptak, the *Debtor in Possession and now Appellant* in the above titled Chapter 11 Case seek relief, and your Agreement on such, by serving you with this Notice and a an exact copy of that which I intend to file, accompanied herewith, and titled *EMERGENCY* SUPPLEMENT AND REQUEST FOR MANDAMUS RE: DEBTOR/APPELLANT'S 1st VERIFIED SUPPLEMENTAL MOTION AND BRIEF FOR STAY, PENDING APPEAL

I ask that you confer with me by telephone on or before Noon of Feb. 18th, on these most important matters of ministerial duty and fundamental rights, and that by your Agreement, the Court will be inclined to grant relief and save me from foreseeable damage, and great, immediate and irreparable harm, if not granted.

I intend to file it with Clerk of the District Clerk for presentment to either a Bankruptcy Appellate Panel if there is one, or to a District Judge, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago IL, on Thursday, Feb. 19th, at 3:00 PM.

I request, that the Appeals Court (without necessity of hearing) will grant Emergency relief as set forth in the attached, and Reinstate the Stay contemplated by 11§ 362, or such other Rule or Statute as may apply, pending appeal: since the alleged Creditors are overly secure, and have attached funds of the Estate by garnishment, because no Creditor has ever shown any risk of loss or diminution, and because of the likelihood of reversal on appeal of dismissal and other orders, as fully set forth in the Motion.

By: _____
Virgil F. Liptak Appellant Debtor In Possession
5208 Caladium Dr.
Dallas, TX 75229
214.373.9699  fax: 214.691.3326

## In the United States Bankruptcy Appeals Court
### For the Northern District Of Illinois
### Eastern Division at Chicago

| | |
|---|---|
| ............................................................ § | **Appeal No.**_____ |
| § | Appcaled_from |
| IN RE: VIRGIL F. LIPTAK, § | No. 03 B 29854 |
| D/B/A DESIGNED FINANCIAL SERVICES, § | Chapter 11 |
| *DEBTOR.* § | Judge Jacqueline Cox |
| ............................................................ § | |

### SERVICE LIST ON APPEAL

U.S. TRUSTEE, Ira Bodenstein
Attn: Kathryn Gleason or Cameron Gulden
227 W. Monroe Street, Ste. 3350
Chicago, IL 60606
Fax: (312) 886-5794

INTERNAL REVENUE SERVICE
ATTN: Ms. Oblon
C/O Territory Mgr., Insolvency Territory 7
Mail Stop 5010 CHI,
230 S. Dearborn Street
Chicago, IL 60604
Fax: (312)566-2826

ELIZABETH THORNHILL ET AL
C/O Daniel Sheehan, & Ass.
Attn:   Michael Atchley, Esq.
2200 Ross Ave., Ste. 3060
Dallas, TX 75201
Fax: (214) 468-8803

BOURLAND, KIRKMAN, SEIDLER ET AL.
Attn: Thomas Michel, Esq.
201 Main St., Ste. 1400
Ft.Worth, TX 76102
Fax: (817) 877-1863

Solo Page

FAX JOURNAL REPORT

```
TIME  : 02/17/2004 16:50
NAME  : VIRGIL LIPTAK
FAX   : 2146913326
SER.# : BROH3Q135720
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
| #001 | 02/10 | 07:38 | 2146913326 | 01:13 | 01 | OK | TX | |
| #003 | 02/10 | 10:35 | 120261698988 | 00 | 00 | BUSY | TX | |
| #004 | 02/10 | 11:32 | 13123530150 | 02:53 | 07 | OK | TX | ECM |
| #005 | 02/10 | 11:40 | 12174924382 | 02:52 | 07 | OK | TX | ECM |
| #006 | 02/10 | 11:44 | 16189970176 | 02:53 | 07 | OK | TX | ECM |
| #007 | 02/11 | 07:12 | 16104307885 | 01:54 | 03 | OK | TX | ECM |
| #008 | 02/12 | 13:25 | 16104307885 | 01:59 | 03 | OK | TX | ECM |
| #009 | 02/12 | 16:08 | 12023072397 | 01:54 | 03 | OK | TX | ECM |
| #010 | 02/13 | 13:15 | 16104307885 | 03:19 | 07 | OK | TX | ECM |
| #011 | 02/13 | 15:50 | 16104307885 | 59 | 03 | OK | TX | ECM |
| #012 | 02/16 | 12:55 | *7018165595520 | 07:57 | 23 | OK | TX | ECM |
| #013 | 02/16 | 13:09 | *702144688803 | 30 | 00 | CANCEL | TX | ECM |
| #014 | 02/16 | 13:11 | *702144688803 | 11:19 | 23 | OK | TX | ECM |
| #015 | 02/17 | 16:18 | *7013128865794 | 42 | 02 | CANCEL | TX | ECM |
| #016 | 02/17 | 16:20 | *7013128865794 | 48 | 02 | CANCEL | TX | ECM |
| #017 | 02/17 | 16:23 | *7013128865794 | 04:08 | 13 | OK | TX | ECM |
| #018 | 02/17 | 16:29 | 2144688803 | 06:07 | 13 | OK | TX | ECM |
| #019 | 02/17 | 16:36 | *7018178771863 | 04:06 | 13 | OK | TX | ECM |
| #020 | 02/17 | 16:44 | *7013125562826 | 04:08 | 13 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
POL : POLLING
RET : RETRIEVAL
PC  : PC-FAX
```