**F I L E D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 2 0 2004

KENNETH S. GARDNER, CLERK
PS REP. - KG

## United States Bankruptcy Court
### Northern District Of Illinois
### Eastern Division at Chicago

......................................................... §
§   Appeal No. _____
§   Appealed from
IN RE: VIRGIL F. LIPTAK,                                §   No. 03 B 29854
    D/B/A DESIGNED FINANCIAL SERVICES,      §   Chapter 11
                   DEBTOR. §   Judge Jacqueline Cox
......................................................... §

## 3rd NOTICE OF APPEAL

**Debtor and Debtor in Possession Virgil F. Liptak d/b/a _Designed Financial Services_**
hereby appeals under 28 U.S.C. §158(a) or (b) [if a BAP exists in this Division], from all
of the Orders of Judge Jacqueline Cox rendered orally or in writing since Jan. 5, 2004,
including but not limited to her "Ruling" dated Feb. 19, 2004 which nominally denies
Extension of Time for Appeal, and her Memorandum of Decision of same date, upon
hearing Liptak's Emergency Motion (received by the Court on Feb. 19, 2004) and all of
the issues of fact and law contained therein, which all arise from Liptak's premature
informal Notice of Appeal, filed on Jan. 15, 2004, and his 'Supplement to Notice of
Appeal', sent by Mail and timely received by the Clerk on Feb. 2, 2004, which
incorporate and contemplate appeal from her Order dated Jan. 6, 2004, dismissing the
Case with prejudice for one year, and her Oral Order denying an Emergency Hearing on
Jan. 15, for all relief sought by his Motion and Notice filed Jan. 15, 2004, which resulted
in an Order dated Jan. 22, 2004, and her Order granting fees to Attorneys at Forrest
Ingram, PC, believed to have been rendered on Jan. 22, 2004, which are also appealed.

    This Notice is accompanied by, and requested to be contemporaneously filed with
that certain **_"Emergency Motion for Stay, Pending Appeal"_** by Appellant Liptak, which
contains supplemental facts, legal premises, and issues for this Appeal, all of which are
incorporated herein by reference as if fully copied and set forth at length.

    Upon information, and subject to the production and receipt of all such Orders as
contemplated herein; the names of all parties to any of such suspected judgments, orders,
or decrees which Liptak wishes to, and intended then and does now continue to desire to
appeal, from, and their addresses, and telephone numbers of all such interested parties to
this Appeal and/or their respective attorneys, are as follows:

      ELIZABETH THORNHILL, RICHARD E. COLGIN I, LTD. & RICHARD E. COLGIN, CO.
      C/O Daniel Sheehan, & Ass.
      Attn:   Michael Atchley, Esq.
      2200 Ross Ave., Ste. 3060
      Dallas, TX 75201
      Fax: (214) 468-8803



**PAID**
**306374**
FEB 2 0 2004

**KENNETH S. GARDNER, CLERK**
**UNITED STATES BANKRUPTCY COURT**
**BY**

BOURLAND, KIRKMAN, SEIDLER ET AL.
Attn: Thomas Michel, Esq.
201 Main St., Ste. 1400
Ft.Worth, TX 76102
Fax: (817) 877-1863

U.S. TRUSTEE, Ira Bodenstein
Attn: Kathryn Gleason or Cameron Gulden
227 W. Monroe Street, Ste. 3350
Chicago, IL 60606
Fax: (312) 886-5794

INTERNAL REVENUE SERVICE
ATTN: Ms. Oblon
C/O Territory Mgr., Insolvency Territory 7
Mail Stop 5010 CHI,
230 S. Dearborn Street
Chicago, IL 60604
Fax: (312) 566-2826

FORREST INGRAM, , JULIE BOYNTON AND MARTIN TUCKER
A/K/A FORREST INGRAM, PC
79 W. Monroe St. Ste. 1210
Chicago, IL 60603
312.759.2838

Liptak includes sufficient copies for distribution to such parties.

Respectfully submitted this _20_ day of _February_ 2004 by personal service in hand.

by : _____

(Appellant, who does not appear to be represented by an Attorney)
Virgil F. Liptak, *Debtor and Debtor in Possession*
5208 Caladium Dr.
Dallas, TX 75229
214.373.9699  Fax: 214.691.3326

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*