UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## TRANSCRIPT INFORMATION SHEET

**PART I**  Party or Party's Attorney: Pursuant to Bankruptcy Rule 8006,
Please complete the information in this part and distribute the original and one
copy to the court reporter, one copy to the Bankruptcy Court Clerk, one copy to
the opposing party and retain one copy for yourself.

| CASE TITLE | CASE NUMBER |
|---|---|
| IN re. VIRGIL F. LIPTAK d/b/a Designed Financial Services | 03 B 29854 |

| JUDGE | COURT REPORTER |
|---|---|
| JACQUELINE COX | UNKNOWN SAID TO BE OFFICIALS JACKI DEFINI |

[X] I am ordering a transcript.

[ ] I am not ordering a transcript.

Indicate proceedings for which transcript is required.  AND COPIES OF TAPES
Dates must be provided.
2/19/04 (ALL PROCEEDING) AND TAPE
11-19-03 (ONLY THE SWORN TESTIMONY) AND TAPES
1-22-04       AND ALL DOCUMENTARY
              EVIDENCE TENDERED

NAME: VIRGIL F. LIPTAK, Debtor      DATE: 2/20/04

Pro Se

ADDRESS: 5208 CALADIUM DR.
Dallas TX 75229

TELEPHONE: 214-373-9699      SIGNATURE _____

**PART II**  Court Reporter:
Please complete the information in this part and forward the copy to the Clerk of
the Bankruptcy Court, retaining the original for your records.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED LENGTH |
|---|---|---|

FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 23 2004

KENNETH S. GARDNER, CLERK
TEAM - B

Signature of Court Reporter: